UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                            CASE NO: 2:00-cr-28-FtM-29

JUSTIN ALAN JOHNSON

_____

**ORDER**

This matter comes before the Court on First Amended Motion to Re-Set Preliminary Examination (Doc. #120) filed on November 13, 2012.  On November 8, 2012, a Motion to Re-Set the Preliminary Hearing was filed, however, the motion has been superseded by the filing of an Amended Motion and the Court will proceed to address the motion accordingly.  Counsel moves the Court for permission to reschedule the Preliminary Examination hearing currently scheduled for November 13, 2012 at 1:30 PM.  As grounds, Counsel cites to scheduling conflicts that would interfere with having the hearing at that time.  Although, at the time of filing the Amended Motion is was unknown as to whether the Government opposed the relief requested, the Court does not find an objection has been raised since the filing of the original motion.  The Court, having considered the motion, finds good cause and will grant the continuance as outlined below.

Accordingly, it is now

**ORDERED:**

1) First Amended Motion to Re-Set Preliminary Examination (Doc. #120) is **GRANTED**.  The Court has cancelled the Preliminary Examination set for November 13, 2012 at 1:30 PM and has rescheduled the hearing to November 15, 2012 at 9:30 AM.

2) The Motion to Re-Set Preliminary Examination (Doc. #119) is **DENIED as moot**.

**DONE AND ORDERED** at Fort Myers, Florida, this 13th day of November, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
Counsel of Record